IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID AND PANDORA BRITT | § | CASE NO: 19-42383 |
| | § | (Chapter 13) |
| DEBTOR. | § | |

ENGS COMMERCIAL FINANCE CO.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY

**Notice Pursuant to Local Bankruptcy Rule 4001-1:**

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU <u>MUST</u> FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING <u>WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE</u> SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

ENGS COMMERCIAL FINANCE CO. ("ENGS"), a secured creditor and party in interest in the above bankruptcy case, files this *Motion for Relief from Automatic Stay* (the "Motion"), and in support thereof, respectfully shows the Court as follows:

5732821 v1 (70786.00005.000)

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter, the parties, and the property affected hereby, pursuant to 28 U.S.C. §§ 157(b) and 1334.

2. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (G), and (O).

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The basis for the relief requested herein is § 362(d)(1) and (2) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 4001 and 9014 and Local Rule 4001 of the United States Bankruptcy Court for the Southern District of Texas.

## BACKGROUND

5. On September 2, 2019 (the "Petition Date"), Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-referenced Chapter 13 bankruptcy case (the "Bankruptcy Case") in this Court.

**A.  The Commercial Finance Agreement**

6. Debtors, David and Pandora Britt, are indebted to ENGS under a Commercial Finance Agreement (the "Contract") with ENGS for the purchase of the following equipment: 2013 Peterbilt, VIN# 1XPHD49XXDD156042 (the "Collateral").

7. ENGS holds a perfected purchase money security interest in the Collateral. A true and correct copy of the Contract and Texas Certificate of Title are attached hereto as <u>Exhibit A</u> and incorporated herein by reference. The ENGS' Affidavit required by Bankruptcy Local Rule 4001-1(b)(4) is attached hereto as <u>Exhibit B</u> and incorporated herein by reference.

8. As of the Petition Date, Debtors are indebted to ENGS in the amount of $23,729.64. ENGS estimates the value of the collateral to be $26,100.00. *See* Proof of Claim 1-1.

9. Debtors have failed to schedule the Collateral as a secured claim or provide for it in their Chapter 13 Plan. Curiously, however, Debtors have scheduled ENGS as an unsecured creditor, thereby suggesting that perhaps they sold the Collateral out of Trust.

## REQUEST FOR RELIEF

10. Pursuant to sections 105 and 362(d) of the Bankruptcy Code, ENGS seeks an order lifting the automatic stay to allow ENGS to exercise its available legal and contractual remedies, including repossession and foreclosure, of the Collateral.

**A.    The Automatic Stay Should be Lifted for Cause Pursuant to Section 362(d)(1)**

11. The automatic stay should be terminated pursuant to 11 U.S.C. § 362(d)(1) for cause because ENGS does not have adequate protection for the value of its interest in the Collateral. The Collateral is not being administered in the Chapter 13 Plan. Cause also exists to modify any automatic stay applicable to co-Debtor, Pandora Britt.

WHEREFORE, ENGS respectfully requests that this Court enter an order lifting the automatic stay imposed by section 362 of the Bankruptcy Code, and as to any co-Debtor stay applicable to Pandora Britt, waiving the fourteen day stay of such order, and granting such other and further relief to ENGS as this Court deems proper.

Dated: October 1, 2019

Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By:    /s/ Michael P. Ridulfo
       Michael P. Ridulfo
       State Bar No. 16902020
       Federal Bar No. 27086
       mridulfo@krcl.com
       5051 Westheimer Road, 10th Floor
       Houston, Texas 77056
       Telephone:  (713) 425-7442
       Facsimile:  (713) 425-7700
       ATTORNEYS FOR
       ENGS COMMERCIAL FINANCE CO.

## **CERTIFICATE OF CONFERENCE**

On October 1, 2019, counsel for ENGS communicated by e-mail with Debtors' counsel with respect to the issues raised herein. No response was received. On September 30, 2019, the undersigned left a voice message for Debtors counsel. No return call has been received.

                                                                            /s/ Michael P. Ridulfo
                                                                            Michael Ridulfo

## **CERTIFICATE OF SERVICE**

This is to certify that on the 2st day of October, 2019, a true and correct copy of the foregoing was served via the Court's CM/ECF notification system on those who have consented to receive electronic notice and by regular mail to those on the attached service list.

                                                                            /s/ Michael P. Ridulfo
                                                                            Michael Ridulfo

```
Label Matrix for local noticing          Allen ISD                                Ally Bank
0540-4                                   Linebarger Goggan Blair & Sampson, LLP   c/o BDFTE, LLP
Case 19-42383                            c/o Lisa Large Cockrell                  4004 Belt Line Rd Ste. 100
Eastern District of Texas                2777 N. Stemmons Freeway                 Addison, TX 75001-4320
Sherman                                  Suite 1000
Tue Oct  1 14:31:22 CDT 2019             Dallas, TX 75207-2328

(p)ENGS COMMERCIAL FINANCE CO            LoanCare, as servicing agent for Pingora Loa   PRA Receivables Management, LLC
1 PIERCE PLACE SUITE 1100 WEST           c/o Marinosci & Baxter                   PO Box 41021
ITASCA IL 60143-3149                     Wellington Center                        Norfolk, VA 23541-1021
                                         14643 Dallas Pkwy, Suite 750
                                         Dallas, TX 75254-8884


Plano - U. S. Bankruptcy Court           Algonquin Properties LLC                 Allen ISD
Suite 300B                               1314 W McDermott  Suite 106 404          Linebarger Goggan Blair & Sampson
660 North Central Expressway             Allen  TX 75013-3021                     2777 N Stemmons Fwy, Suite 1000
Plano, TX 75074-6795                                                              Dallas, TX 75207-2328


Ally Bank dba Ally Capital Corp          Attorney General  State of Texas         BMO Harris Bank NA
Barrett Daffin Frappier Turner & Engel   Collections Div  Bankruptcy              PO Box 71951
4004 Beltline Road, Ste 100              PO Box 12548                             Chicago  IL 60694-1951
Addison, TX 75001-4320                   Austin  TX 78711 2548


(p)CITIBANK                              Care Credit Synchrony Bankruptcy         Chase Bank Bankruptcy
PO BOX 790034                            PO Box 965060                            PO Box  15123
ST LOUIS MO 63179-0034                   Orlando  FL 32896-5060                   Wilmington  DE 19850-5123


City of Allen                            Collin County                            Daily Express Inc
Gay McCall Isaaks Gordon and Roberts PC  Gay McCall Isaaks Gordon and Roberts PC  PO Box 39
1700 Redbud Blvd., Suite 300             1700 Redbud Blvd, Suite 300              Carlisle PA 17013-0039
McKinney, TX 75069-3276                  McKinney, TX 75069-3276


ENGS Commercial Finance                  Engs Commercial Finance Co               Financial Pacific Leasing
2441 Warrenville Rd  Suite 3210          KANE RUSSELL COLEMAN LOGAN PC            3455 S 344th Way  Suite 300
Lisle IL 60532-3642                      5051 Westheimer Road, 10th Floor         Auburn  WA 98001-9546
                                         Houston, Texas 77056-5622


Great Lakes Educational Loan             IRS CIO                                  JPMorgan Chase Bank, N.A.
PO Box 790321                            PO Box 7346                              s/b/m/t Chase Bank USA, N.A.
St Louis  MO 63179-0321                  Philadelphia  PA  19101 7346             c/o National Bankruptcy Services, LLC
                                                                                  P.O. Box 9013
                                                                                  Addison, Texas 75001-9013


John Deere Financial                     Kohls  Bankruptcy                        Loan Care LLC
PO Box 650215                            PO Box 3004                              PO Box 8068
Dallas TX 75265-0215                     Milwaukee  WI  53201 3004                Virginia Beach  VA 23450-8068


Macys  Bankruptcy Dept                   NTB  Citi Cards  Bankruptcy              Pingora Loan Servicing LLC
PO Box 8053                              PO Box 20507                             Marinosci & Baxter
Mason OH 45040-8053                      Kansas City  MO 64195-0507               14643 Dallas Parkway, ste 750
                                                                                  Dallas, TX 75254-8884
```

| | | |
|---|---|---|
| Quest Diagnostics Correspondence<br>PO Box 3077<br>Southeastern  PA 19398-3077 | State Comptroller of Public Accounts<br>111 E 17th St<br>Austin  TX  78774 0100 | Texas Workforce Commission<br>TEC Bldg  Tax Dept<br>Austin  TX 78778-0001 |
| US Attorney General<br>Department of Justice<br>Main Justice Building<br>10th and Constitution Ave NW<br>Washington  DC 20530-0001 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington DC  20530 0001 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Department of HUD Title 1<br>52 Corporate Circle<br>Albany  NY 12203-5166 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>Eastern District of Texas<br>350 Magnolia St  Suite 150<br>Beaumont  TX 77701-2254 |
| United States Department of Education<br>Claims Filing Unit<br>P O Box 8973<br>Madison, WI  53708-8973 | Unity One Federal Credit Union<br>6701 Burlington Blvd<br>Ft Worth  TX 76131-2834 | Veterans Administration<br>1400 N Valley Mills Dr<br>Waco  TX 76710-4432 |
| Wells Fargo Dealer Services<br>PO Box 29710<br>Phoenix AZ 85038-9710 | Wells Fargo Equipment<br>600 S 4th St<br>Minneapolis  MN 55415-1526 | William T Neary, U.S. Trustee<br>Eastern District of Texas<br>110 N College  Suite 300<br>Tyler  TX 75702-7231 |
| Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | David Darnell Britt<br>506 Colgate Drive<br>Allen, TX 75013-2941 | Mark S. Rubin<br>Rubin & Associates, P.C.<br>13601 Preston Rd<br>Suite 500E<br>Dallas, TX 75240-4964 |
| Pandora Henderson Britt<br>506 Colgate Drive<br>Allen, TX 75013-2941 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ENGS COMMERCIAL FINANCE CO.<br>One Pierce Place, Suite 1100 West<br>Itasca, IL 60143 | Best Buy<br>PO Box 78009<br>Phoenix AZ  85062 | (d)Engs Commercial Finance Co.<br>One Pierce Place, Suite 1100 West<br>Itasca, IL 60143 |
| US Bank<br>5065 Wooster Rd<br>Cincinnati  OH  45226 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management LLC
PO Box 41021
Norfolk  VA 23541-1021

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    48
Bypassed recipients     2
Total                  50