# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID AND PANDORA BRITT | § | CASE NO: 19-42383 |
| | § | (Chapter 13) |
| DEBTOR. | § | |

### AFFIDAVIT OF BRIAN KERRINS IN SUPPORT OF MOTION OF ENGS COMMERCIAL FINANCE FOR RELIEF FROM THE AUTOMATIC STAY

| | |
|---|---|
| STATE OF ILLINOIS | § |
| | § |
| COUNTY OF DUPAGE | § |

BEFORE ME, the undersigned Notary Public, on this day personally appeared Brian Kerrins, who being by me duly sworn on his oath deposed and said that:

1.      My name is Brian Kerrins.  I am over the age of eighteen years and am fully qualified and competent to make this Affidavit.  I am a Vice President, Portfolio Management for ENGS Commercial Finance Co. ("ENGS"), which has authorized me to make this Affidavit. I am the duly authorized agent for ENGS in this matter.  I have never been convicted of any felony or misdemeanor involving moral turpitude.  I have personal knowledge of all facts stated herein, which are true and correct.  Further, I have read ENGS' Motion for Relief from the Automatic Stay (the "Motion"), have personal knowledge of the facts and allegations contained therein, and they are true and correct.

2.      As an employee of ENGS, I have custody of the business records of ENGS, including the documents attached to the Motion as Exhibit A, which are true and correct copies of documents kept by ENGS in the ordinary course of its business activities.

3.      As of the Petition date, Debtors are indebted to ENGS in the amount of $23,729.84. Debtors' payments to ENGS are due on the 15th day of each month. Since the Petition Date, Debtors have failed to make the September 15, 2019 payment to ENGS. Further, Affiant sayeth not.

Brian Kerrins
Vice President, Portfolio Management

**SUBSCRIBED AND SWORN TO BEFORE ME** by the Brian Kerrins on behalf of ENGS Commercial Finance Co. on this the ___1___ day of October 2019 to certify which witness by and official seal.

OFFICIAL SEAL
**JEREMY FEINSTEIN**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES MAY. 08, 2023

NOTARY PUBLIC/STATE OF ILLINOIS

7250438 v1 (70786.00018.000)