**MARK S. RUBIN (#17361550)**
**RUBIN & ASSOCIATES, P.C.**
**13601 PRESTON ROAD, SUITE 500E**
**DALLAS, TEXAS 75240**
**(214)760-7777**
**(214)747-4029 FAX**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: DAVID DARNELL BRITT | § | CASE NO. 19-42383-BTR |
| PANDORA HENDERSON BRITT | § | |
| Debtor(s), | § | CHAPTER 13 |
| BMO HARRIS BANK | | |
| | § | |
| Movant | § | |
| | § | |
| v. | § | |
| DAVID AND PANDORA BRITT | § | |
| Respondent(s) | § | |

### <u>ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

TO THE HONORABLE JUDGE BRENDA T. RHOADES:

COMES NOW, David and Pandora Britt (hereinafter "Debtor(s)") with this Answer to Motion  for Relief from Automatic Stay filed by BMO Harris Bank ("Movant"), and in support thereof would respectfully show the Court as follows:

1.      The Debtor(s) admit  the allegations contained in paragraph 1 of Movant's Motion for Relief from Automatic Stay (the "Motion").

2.      The Debtor(s) admit the allegations contained in paragraph 2 of the Motion.

3.      The Debtor(s) deny the allegations contained in paragraph 3 of the Motion.

4      Debtor(s) admits the allegations contained in paragraph 4 of the Motion.

5.      Debtors deny the allegations contained in paragraph 5 of the Motion.

6.      Debtors deny the allegations contained in paragraph 6 of the Motion.

7.      Debtor(s) deny the allegations contained in paragraph 7 of the Motion.

8.      Debtor(s) deny the allegations contained in paragraph 8 of the Motion.

9.      Debtor(s) deny the allegations contained in paragraph 9 of the Motion.

10.    Debtor(s) deny the allegations contained in paragraphs 10, 11 and 12 of the Motion.

11.    Anything not specifically admitted herein is hereby denied.

WHEREFORE, PREMISES CONSIDERED, Debtor(s) respectfully requests that the Court

deny the relief requested in the Motion and allow the automatic stay to continue pursuant to Section

362 of the Bankruptcy Code.

DATED: 12/4/19

Respectfully submitted,

**RUBIN & ASSOCIATES, P.C.**
13601 Preston Road, Suite 500E
Dallas, Texas 75240
(214) 760-7777
By:____/s/ Mark S. Rubin_____
            Mark S. Rubin
            State Bar No. 17361550_____

ATTORNEYS FOR DEBTOR(S)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM ECF E-mail
and/or via first class United States mail, postage prepaid to the following:

Carey Ebert, Chapter 13 Trustee          William T. Neary, U.S. Trustee
PO Box 941166                            110 North College Street, Suite 300
Plano, Texas 75094-1166                  Tyler, TX 75702

Ammar Dadabhoy
77 Sugar Creek Center Blvd, Suite 401
Sugarland, Texas 77478

DATED: 12/4/19                           /s/ Mark S. Rubin_____
                                         One of Counsel